UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK HANSEN, an individual, and CHRISTINA HANSEN, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>OWCEN LOAN SERVICING, LLC, a business entity; SN SERVICING CORPORATION, a business entity; US BANK TRUST NATIONAL ASSOCIATION, a business entity and DOES 1-50, inclusive,<br><br>Defendants. | Case No.  1:21-cv-01272-AWI-BAM<br><br>**ORDER RE STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>(Doc. No. 3) |

On August 23, 2021, Defendants Owcen Loan Servicing, LLC, SN Servicing Corporation, and US Bank Trust National Association ("Defendants") removed this action to federal court from Madera County Superior Court. (Doc. No. 1.) Now before the Court is the parties' stipulation for extension of time to respond to the complaint. (Doc. No. 3.)

Pursuant to the Parties stipulation, and good cause appearing, the Court HEREBY GRANTS the request. Defendants shall file their responses to the Complaint no later than September 13, 2021.

IT IS SO ORDERED.

   Dated:   **August 31, 2021**                    /s/ *Barbara A. McAuliffe*
                                                    UNITED STATES MAGISTRATE JUDGE

1